UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON PERAZA RIVERA,<br><br>Plaintiff,<br><br>V.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br><br><br>CASE NUMBER: 1:16-CV-00439-EPG |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X]  GRANTED

[X]  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ]  DENIED, for the following reasons:

ENTERED: April 1, 2016

/s/ Erica P. Grosjean
United States Magistrate Judge Erica P. Grosjean