PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| SIMON PERAZA RIVERA, | ) | Civil No. 1:16-cv-00439-EPG |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND PROPOSED ORDER** |
| | ) | **FOR A FIRST EXTENSION OF TIME** |
| v. | ) | **FOR DEFENDANT TO FILE HER** |
| | ) | **RESPONSIVE BRIEF** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief.  Defendant respectfully request this additional time because this case was recently transferred from another attorney and because of a very heavy caseload including two upcoming hearings, one an oral argument in the Ninth Circuit.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Wednesday, February 22, 2017.

Respectfully submitted,

Date: *January 24, 2017*　　　　　　LAW OFFICES OF LAWRENCE D. ROHLFING

　　　　　　　　　　　　　　By:　*/s/ Monica Perales\**　　　　　　
　　　　　　　　　　　　　　　　MONICA PERALES
　　　　　　　　　　　　　　　　*\* By email authorization on Jan. 20, 2017*
　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: *January 24, 2017*　　　　　　PHILIP A. TALBERT
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By:　*/s/ Jeffrey Chen*　　　　　　
　　　　　　　　　　　　　　　　JEFFREY CHEN
　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　Attorneys for Defendant

## ORDER

For the reasons provided in the stipulation, the request for an extension of time is granted. Defendant's responsive brief shall be filed by February 22, 2017.

IT IS SO ORDERED.

Dated:  **January 25, 2017**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE