PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| SIMON PERAZA RIVERA, | ) | Civil No. 1:16-cv-00439-EPG |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A** |
| | ) | **SECOND EXTENSION OF TIME FOR** |
| v. | ) | **DEFENDANT TO FILE HER** |
| | ) | **RESPONSIVE BRIEF** |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her responsive brief.  Defendant respectfully request this additional time because of an extremely heavy workload, and because of a lengthy upcoming family vacation to Taiwan from February 27 through March 17, 2017.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Friday, March 24, 2017.

                                          Respectfully submitted,

Date: *February 22, 2017*        LAW OFFICES OF LAWRENCE D. ROHLFING

                                  By:   */s/ Monica Perales\**
                                                MONICA PERALES
                                                *\* By email authorization on Feb. 22, 2017*
                                                Attorney for Plaintiff

Date: *February 22, 2017*        PHILIP A. TALBERT
                                                United States Attorney

                                  By:   */s/ Jeffrey Chen*
                                                JEFFREY CHEN
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

ORDER

For the reasons stated in the parties' stipulation, there is good cause to extend due date for Defendant's responsive brief will be Friday, March 24, 2017.  All other dates in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated:  **February 23, 2017**                  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE