# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| SIMON PERAZA RIVERA, | Case No.: 1:16-cv-00439-EPG |
|---|---|
| Plaintiff, | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920** |
| v. NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | (ECF No. 25) |

On November 1, 2017, the parties filed a stipulation for the award and payment of attorney fees and expenses in this action. (ECF No. 25.) Based upon the Stipulation, IT IS ORDERED that fees and expenses in the amount of $5,000.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **November 3, 2017**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

-1-