UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON PERAZA RIVERA,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:16-cv-00439-EPG<br><br>ORDER AMENDING AUGUST 3, 2017 FINAL JUDGMENT AND ORDER REGARDING PLAINTIFF'S SOCIAL SECURITY COMPLAINT<br><br>(ECF No. 23) |

On August 3, 2017, the Court entered a "Final Judgment and Order Regarding Plaintiff's Social Security Complaint." (ECF No. 23.) This Order granted Plaintiff Simon Peraza Rivera's appeal from the administrative decision of the Commissioner of Social Security and remanded the case to the Social Security Administration. (*Id*. at 3.)

The Court has become aware that the final sentence of August 3, 2017 Order contains a typographical error. Therefore, the Order is AMENDED as follows: On page 3, line 7, the reference to "Robert Kenneth Odom" is hereby STRICKEN.

The final sentence of the Order shall now read: "The Clerk of the Court is DIRECTED to enter judgment in favor of Plaintiff Simon Peraza Rivera and against Defendant Nancy A. Berryhill, Acting Commissioner of Social Security."

IT IS SO ORDERED.

Dated:   **December 6, 2017**        /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE